# BERKE-WEISS LAW PLLC

7 Times Square • 18th Floor • New York, NY 10036
212.894.6784
BerkeWeissLaw.com



June 26, 2015

**BY E-MAIL**

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 6/29/15

Re:   Almeciga v. Center for Investigative Reporting, Inc.,
      15 Civ. 04319 (JSR) (FM)

Dear Judge Rakoff:

We are attorneys for defendants' Univision Communications Inc. and Univision Noticias (the "Univision Defendants") in the above-referenced matter. Today the parties attended an initial conference, at which time Your Honor directed the Univision Defendants to refile their Motion to Dismiss, which is the same motion previously filed in the prior state court action.

Accordingly, we are writing to request permission to submit Exhibit B to the Affirmation of Laurie Berke-Weiss in Support of the Motion, a CD containing a posting attributed to plaintiff's Twitter account, in hard copy form to the Clerk of Court, who has advised that a memo endorsement is required to permit such filing.

We appreciate Your Honor's attention to this matter.

SO ORDERED
/s/ Jed Rakoff
USDJ
6-26-15

Respectfully submitted,

Laurie Berke-Weiss

LBW/ra

cc:  Kevin A. Landau, Esq. (kevin@thelandaugroup.com)
     Thomas R. Burke, Esq. (thomasburke@dwt.com)
     Deborah Adler, Esq. (deborahadler@dwt.com)
     Jeremy A. Chase, Esq. (jeremychase@dwt.com)
     Charles L. Babcock, Esq. (cbabcock@jw.com)
     Nancy W. Hamilton, Esq. (nhamilton@jw.com)