UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

--------------------------------------------------------------- x
ERICA ALMECIGA,  :
                           Plaintiff,  :   Case No. 1:15-cv-04319-JSR
                                     :
         - against -  :   **NOTICE OF MOTION**
                                       :   **<u>FOR SANCTIONS</u>**
CENTER FOR INVESTIGATIVE  :
REPORTING, INC., UNIVISION  :
COMMUNICATIONS, INC., UNIVISION  :
NOTICIAS, BRUCE LIVESEY,  :
JOSIAH HOOPER,  :
                                     :
                     Defendants.  :
--------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum in Support of CIR's Motion for Sanctions, dated September 14, 2015; the Declaration of Thomas R. Burke, dated September 13, 2015, and exhibits thereto; the Declaration of Bruce Livesey, dated September 13, 2015; and the Declaration of Josiah Hooper, dated September 13, 2015, defendant Center for Investigative Reporting, Inc. ("CIR"), by its undersigned attorneys, will move this Court on October 7, 2015, at 12:00 noon, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order granting CIR's Motion for Sanctions against Plaintiff and Plaintiff's counsel, and granting such other relief as the Court may deem just and proper.

In accordance with the schedule set by chambers pursuant to Rule 2(b) of the Court's individual practices, opposition papers must be submitted by September 25, 2015.

**PLEASE TAKE FURTHER NOTICE** that in compliance with Fed. R. Civ. P. 11(c), notice of this Motion was served upon Plaintiff on August 14, 2015.

Dated: September 14, 2015

        DAVIS WRIGHT TREMAINE LLP

        By: /s/ Alison Schary
        Alison Schary
        DAVIS WRIGHT TREMAINE LLP
        1919 Pennsylvania Avenue NW, Suite 800
        Washington, DC 20006
        Phone: (202) 973-4248
        Fax: (202) 973-4448
        alisonschary@dwt.com

        Thomas R. Burke (*pro hac vice*)
        DAVIS WRIGHT TREMAINE LLP
        505 Montgomery Street, Suite 400
        San Francisco, CA 94111
        Phone: (415) 276-6552
        Fax: (415) 489-9052
        thomasburke@dwt.com

        Jeremy A. Chase
        DAVIS WRIGHT TREMAINE LLP
        1633 Broadway, 27th Floor
        New York, NY 10019
        Phone: (212) 489-8230
        Fax: (212) 489-8340
        jeremychase@dwt.com

        *Attorneys for Defendants Center for Investigative Reporting, Inc., Bruce Livesey, and Josiah Hooper*